## TRANSLATION

Apastepeque, October 18, 2017.

For the Department of Migration and Immigration of the United States of North America

The undersigned, doctor of medicine **José Aramis López Calderón** states under clinical record that the patient: **Sara Romana Ortega de López** 58 years of age is under my medical control for arterial hypertension.

In a medical consultation, she was diagnosed with GALLSTONES, and because of that surgery will be done.

Therefore, the presence of her daughter Nohemi del Carmen López Ortega is urgently required to make medical decisions, resolve economic expenses and give moral support.

Sincerely,

Dr. Jose Aramis Lopez Calderon [signature and stamp]

Office telephone number: 2362-5542

Cell phone: 7852-6949

---

I, the undersigned, do hereby that I am competent in reading and understanding both the Spanish and English languages and the foregoing is a true translation of the annexed document written in the Spanish language.

_____ Translator.

Signed and sworn before me on this ___3rd___ day of __November__ 2017.

_____ Notary Public.

JANICE VICENTE-CORREIA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 28, 2023

WILFREDO RIVERA — 10059
41 DOUGLAS ST APT 1
FALL RIVER, MA. 02724

JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

15cr10059 LTS





U.S. POSTAGE PAID
FALL RIVER, MA
02724
NOV 04, 17
AMOUNT
$23.75
1007  02210  R2305K132933-21

EL 8955 0743 2US



PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™
FASTEST SERVICE IN THE U.S.
WHEN SHIPPED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE (  )

PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE (  )

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $
Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $
Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $
Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $
Weight ☐ Flat Rate  lbs. ozs. | Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016  PSN 7690-02-000-9996  3-ADDRESSEE COPY



2013 OD: 12.5 x 9.5
001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

  

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.